UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings


OFFICE:  CAMDEN                                    February 11, 2015

**CHIEF JUDGE JEROME B. SIMANDL**

Court Reporter:  Lisa Marcus

Title of Case:                                     Docket #  Cr. 11-520-01(JBS)
UNITED STATES
        VS
THOMAS REEVES
        (Deft. Present)

Appearances:
Wayne Hettenbach, AUSA for govt.
Patrick Dugan, AUSA for govt.
Williams Hughes, Esq. for deft.

Nature of Proceedings:     SENTENCING ON COUNT 1-6 AND 8 OF THE REDACTED
                           INDICTMENT
Lillian Reeves waives interest in all vessels owned by Thomas Reeves
IMPRISONMENT: 16 Months on each of counts 1-6 and 8, all to be served concurrently
SUPERVISED RELEASE: 3 years on all counts concurrently with special conditions
FINE: $7,000.00
SPECIAL ASSESSMENT: $700.00
RESTITUTION: $ 140,000.00
FORFEITURE: Order to be submitted
It is recommended that the defendant be designated to FCI Fairton Camp Facility.
Ordered deft. self surrender on a date and time determined by the BOP.
Ordered bail continued

Time Commenced 9:30 am Time Adjourned 9:45 am Total Time: 15 Minutes
Time Commenced 2:15 pm Time Adjourned 3:15 pm Total Time   1 Hour

                                        s/ Marnie Maccariella
                                        **DEPUTY CLERK**